# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0289. EDMONSON v. THE BANK OF NEW YORK MELLON.**

This appeal was docketed on August 28, 2018, such that appellant Jerome Edmonson was required to file his initial brief on September 17, 2018. Court of Appeals Rule 23 (a) provides that an appellant's brief "shall be filed within 20 days after the appeal is docketed" and that "[f]ailure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal."

Because Edmonson has failed to file a brief within 20 days of the docketing of this appeal and has not asked for an extension of time to do so, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*